# EXHIBIT 3

## DECLARATION OF STEVEN M. ABBOTT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ROLEX WATCH U.S.A., INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Case No. 6:19-cv-00323 |
| | § | |
| MICHAEL MUNN d/b/a LUKE GAGE, | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF STEVEN M. ABBOTT

I, Steven M. Abbott, declare as follows:

1.    My business address is 510 Bering Drive, Suite 300, Houston, Texas 77057. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2.    I am the attorney-in-charge for plaintiff Rolex Watch U.S.A., Inc. ("Plaintiff" or "Rolex") in the above-referenced cause.

3.    On July 17, 2019, Plaintiff filed this action against defendant Michael Munn [d/b/a Luke Gage] ("Defendant" or "Munn") for federal trademark counterfeiting and infringement under 15 U.S.C. § 1114. *See* Document No. 1.

4.    On July 22, 2019, the Clerk of this Court issued a Summons (*see* Document No. 5) directing Defendant to serve upon me, as Plaintiff's counsel in this action, an answer to Plaintiff's Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Rule 12 Motion") within twenty one (21) days after service of the Summons, and to also file his answer or motion with the Court. A true and correct copy of the Summons is attached to Plaintiff's Request for Entry of Default Against Defendant Michael Munn ("Request") as **Exhibit 1**.

5.    On August 3, 2019, Defendant was duly served with, *inter alia*, the above-referenced Summons and a copy of Plaintiff's Complaint, as reflected in the Affidavit of Service executed by Laura Reeves, which was filed with the Court on August 8, 2019 (*see* Document No. 6). A true and correct copy of Ms. Reeves' Affidavit of Service is attached to the Request as **Exhibit 2**. As such, Defendant should have served me with his answer or Rule 12 Motion on or before August 26, 2019, and he should have also filed his answer or Rule 12 Motion with the Court within a reasonable period of time thereafter.

6.      To date, Defendant has neither served upon me [or anyone else acting on Plaintiff's behalf] nor filed with the Court [as reflected in the Court's Docket Report, which I reviewed on this date, and a true and correct copy of which I've attached hereto as **Exhibit A**] an answer, a Rule 12 Motion, or any other response to Plaintiff's Complaint, nor has Defendant otherwise appeared in this cause.

7.      Since Defendant has failed to answer or otherwise appear in this action, and the time for him to answer or otherwise appear in this cause has long-since expired, Defendant is clearly in default.

8.      Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that all of the foregoing is true.

Executed on September 5, 2019.

_Steven Abbott_

Steven M. Abbott

# EXHIBIT A

## COURT'S DOCKET REPORT (09/05/19)

CASREF,JCB1,PATENT/TRADEMARK

# U.S. District Court
## Eastern District of TEXAS [LIVE] (Tyler)
## CIVIL DOCKET FOR CASE #: 6:19-cv-00323-JCB-JDL

Rolex Watch U.S.A., Inc. v. Munn                         Date Filed: 07/17/2019
Assigned to: District Judge J. Campbell Barker           Jury Demand: None
Referred to: Magistrate Judge John D. Love               Nature of Suit: 840 Trademark
Cause: 15:1114 Trademark Infringement                    Jurisdiction: Federal Question

**Plaintiff**

**Rolex Watch U.S.A., Inc.**            represented by   **Steven Michael Abbott**
                                                         Steven M. Abbott, Attorney at Law
                                                         510 Bering Drive
                                                         Suite 300
                                                         Houston, TX 77057
                                                         713-467-1669
                                                         Fax: 713-467-4936
                                                         Email: abbottsteven@hotmail.com
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Michael Munn**
*doing business as*
Luke Gage

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 07/17/2019 | 1 | COMPLAINT against Michael Munn ( Filing fee $ 400 receipt number 0540-7353982.), filed by Rolex Watch U.S.A., Inc.. (Attachments: # 1 Exhibit Ex. 1: Rolex Registered Trademarks, # 2 Exhibit Ex. 2: Sample Screenshots Taken From Facebook and Instagram Showing Counterfeit Rolex Watches Offered for Sale by Defendant, # 3 Exhibit Ex. 3: Sample Listings of Counterfeit Rolex Watches Offered for Sale by Defendant on Craigslist, # 4 Exhibit Ex. 4: Photographs of Counterfeit Rolex Watches Purchased by Rolex's Investigator, # 5 Civil Cover Sheet)(Abbott, Steven) (Entered: 07/17/2019) |
| 07/17/2019 | 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Abbott, Steven) (Entered: 07/17/2019) |
| 07/17/2019 | 3 | CORPORATE DISCLOSURE STATEMENT filed by Rolex Watch U.S.A., Inc. identifying Corporate Parent Rolex Industries, Inc. for Rolex Watch U.S.A., Inc.. |

| | | |
|---|---|---|
| | | (Abbott, Steven) (Entered: 07/17/2019) |
| 07/18/2019 | | District Judge J. Campbell Barker and Magistrate Judge John D. Love added. (mjc, ) (Entered: 07/18/2019) |
| 07/18/2019 | 4 | CASE REFERRED to Magistrate Judge John D. Love. (mjc, ) (Entered: 07/18/2019) |
| 07/18/2019 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (mjc, ) (Entered: 07/18/2019) |
| 07/22/2019 | 5 | SUMMONS Issued as to Michael Munn. (mjc, ) (Entered: 07/22/2019) |
| 08/08/2019 | 6 | AFFIDAVIT of Service for Summons; Plaintiff's Original Complaint (including Exhibits thereto); Civil Cover Sheet; Plaintiff's Disclosure Statement; Notice Regarding Consent to Proceed Before U.S. Magistrate Judge/Consent to Proceed Before U.S. Magistrate Judge; Magistrate Referral Order served on Michael Munn d/b/a Luke Gage on August 3, 2019, filed by Rolex Watch U.S.A., Inc.. (Abbott, Steven) (Entered: 08/08/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/05/2019 13:38:58 | | | |
| **PACER Login:** | sa0506:2629427:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:19-cv-00323-JCB-JDL |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |