**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ROLEX WATCH U.S.A., INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **Case No. 6:19-cv-00323** |
| | § | |
| **MICHAEL MUNN d/b/a LUKE GAGE,** | § | |
| | § | |
| **Defendant.** | § | |

**ENTRY OF DEFAULT AGAINST**
**DEFENDANT MICHAEL MUNN**

On this day came on to be heard Plaintiff's Request for Entry of Default Against Defendant Michael Munn (Document No. 7). The undersigned Clerk for the United States District Court for the Eastern District of Texas, having reviewed Plaintiff's Request, including the Affidavit of Service executed by Laura Reeves and the Declaration of Steven M. Abbott that are attached to the Request, as well as the other pleadings and papers on file in this action, is of the opinion and finds that Defendant Michael Munn [d/b/a Luke Gage] ("Munn"), having been duly served with process in this action, has failed to appear or plead or otherwise defend against the allegations made against him in this cause as provided by the Federal Rules of Civil Procedure; that the time for him to appear or plead or otherwise defend against such allegations has expired; and that default should be entered against Defendant Munn in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

Accordingly, Defendant Munn's default in this action is hereby entered.

CLERK OF COURT

Dated: _____      By: _____
                                         Clerk or Deputy Clerk