**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ROLEX WATCH U.S.A., INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **Case No. 6:19-cv-00323** |
| | § | |
| **MICHAEL MUNN d/b/a LUKE GAGE,** | § | |
| | § | |
| **Defendant.** | § | |

**DECLARATION OF STEVEN M. ABBOTT IN SUPPORT OF PLAINTIFF'S REQUEST**
**FOR ENTRY OF DEFAULT AGAINST DEFENDANT MICHAEL MUNN**

I, Steven M. Abbott, declare as follows:

1. My business address is 510 Bering Drive, Suite 300, Houston, Texas 77057. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2. I am the attorney-in-charge for plaintiff Rolex Watch U.S.A., Inc. ("Plaintiff" or "Rolex") in the above-referenced cause, and I am submitting this Declaration in support of Plaintiff's Request for Entry of Default Against Defendant Michael Munn ("Request"). *See* Document No. 7.

3. On July 17, 2019, Plaintiff filed this action against defendant Michael Munn [d/b/a Luke Gage] ("Defendant" or "Munn") for federal trademark counterfeiting and infringement under 15 U.S.C. § 1114. *See* Document No. 1.

4. As set forth in detail in Plaintiff's Request (which is incorporated herein by reference), Defendant has failed to answer or otherwise appear in this action, and the time for him to answer or otherwise appear in this cause has long-since expired. Accordingly, Defendant is clearly in default.

5. Upon information and belief, Defendant is twenty-eight (28) years of age, and is not incompetent. Additionally, a search of the Department of Defense Manpower Data Center's database indicates that Defendant is not currently in the military service of the United States, and that he wasn't in the military service of the United States when this lawsuit was filed on July 17, 2019, or at anytime during the six (6) month period prior thereto.

8.      Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that all of the foregoing is true.

Executed on September 18, 2019.

Steven M. Abbott