UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00323

**Rolex Watch U.S.A., Inc.,**
*Plaintiff,*

v.

**Michael Munn,**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

Plaintiff Rolex Watch U.S.A. Inc. filed this action against Defendant Michael Munn alleging trademark counterfeiting and infringement in violation of 15 U.S.C. § 1114. Doc. 1. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On September 19, 2019, the clerk entered default against Munn under Federal Rule of Civil Procedure 55(a). Doc. 9. Thereafter, Rolex filed a motion for default judgment. Doc. 11.

On November 8, 2019, Judge Love issued a report and recommendation that Rolex's motion for default judgment be granted. Doc. 12. Judge Love found that Rolex is entitled to a permanent injunction, $1.6 million in statutory damages, $7,179 in attorney's fees, and $400 in costs. Munn filed no objections after service of the report and recommendation.

The court finds no "clear error on the face of the record." *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc) (quoting Fed. R. Civ. P. 72(b) advisory committee's note (1983)). Accordingly, the report and recommendation (Doc. 12) is **adopted**. Fed. R. Civ. P. 72(b)(3). Plaintiff's motion for default judgment (Doc. 11) is **granted**. Final judgment and a permanent injunction will be entered by separate order.

*So ordered by the court on January 7, 2020.*

_____

J. CAMPBELL BARKER
United States District Judge